UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHUBHAM HARYANA-SANDHIR, | No.  1:26-cv-00405 DJC SCR |
| Petitioner, | |
| v. | ORDER |
| WARDEN GOLDEN STATE ANNEX, et al., | |
| Respondents. | |

Petitioner, an immigration detainee who is proceeding through counsel, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 on January 19, 2026.  District Judge Calabretta denied petitioner's motion for preliminary injunction on January 28, 2026, and referred the matter to the undersigned pursuant to 28 U.S.C. § 636 and Local Rule 302(c)(17).  ECF No. 11.  By this order, the undersigned will set a further briefing schedule for resolving the merits of the § 2241 petition.

Accordingly, IT IS HEREBY ORDERED that:

1.     Within thirty (30) days of this order, petitioner shall file a brief on the merits of the § 2241 petition.  In the brief, petitioner shall identify any basis for habeas relief not addressed in Judge Calabretta's order and/or explain why Judge Calabretta's order should not dictate the outcome of the merits of the § 2241 petition.

2.     Respondents shall file a response within 14 days of petitioner's brief.

1

3.      Absent a further order of the court, the petition will be taken under submission after the filing of the respondents' response.

DATED: February 3, 2026

_____
SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE