UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SHUBHAM HARYANA-SANDHIR
(A# 245-383-037),

        Petitioner,

    v.

WARDEN GOLDEN STATE ANNEX, et al.,

        Respondents.

No.  1:26-cv-00405 DJC SCR

ORDER TO SHOW CAUSE

Petitioner is a federal immigration detainee proceeding through counsel in this habeas corpus action pursuant to 28 U.S.C. § 2241.  On January 28, 2026, District Judge Calabretta denied petitioner's motion for preliminary injunction after determining his detention was mandatory under 8 U.S.C. § 1226(c)(1)(E) and referred the matter to the undersigned for all further proceedings pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.  ECF No. 11.  On February 3, 2026, the undersigned ordered petitioner to file a brief on the merits of the § 2241 petition within 30 days that identifies "any basis for habeas relief not addressed in Judge Calabretta's order and/or explain why Judge Calabretta's order should not dictate the outcome of the merits of the § 2241 petition."  ECF No. 12.  More than 30 days have passed, and petitioner has not filed a merits brief or otherwise responded to the order.

////

1

Accordingly, IT IS HEREBY ORDERED that petitioner shall show cause, within seven (7) days of this order, why the undersigned should not recommend the § 2241 petition be denied for the reasons laid out in Judge Calabretta's order dated January 28, 2026.

DATED: April 3, 2026

SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE