UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHUBHAM HARYANA-SANDHIR (A# 245-383-037),<br><br>             Petitioner,<br><br>       v.<br><br>WARDEN GOLDEN STATE ANNEX, et al.,<br><br>             Respondents. | No.  1:26-cv-0405 DJC SCR<br><br><br>ORDER |

Petitioner is a federal immigration detainee who filed this habeas corpus action pursuant to 28 U.S.C. § 2241.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On April 21, 2026, the Magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within seven days.  ECF No. 14.  Neither party filed objections to the findings and recommendations.

The Court presumes that any findings of fact are correct.  *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979).  The Magistrate Judge's conclusions of law are reviewed de novo.  *See Britt v. Simi Valley Unified School Dist.*, 708 F.2d 452, 454

(9th Cir. 1983).  The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the Magistrate Judge's analysis.

Accordingly, IT IS HEREBY ORDERED that:

1.    The findings and recommendations (ECF No. 14) are adopted in full.

2.    Petitioner's (A# 245-383-037) application for a writ of habeas corpus (ECF No. 1) is DENIED without prejudice.

3.    The Clerk of the Court shall enter judgment in favor of respondents and close the case.

IT IS SO ORDERED.

Dated:   **April 29, 2026**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE

2